**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **PHIL SALTER,** | § | |
| | § | **CIVIL ACTION NO.** |
| **Plaintiff,** | § | **1:23-CV-00394-** |
| | § | **MJT** |
| **v.** | § | |
| | § | **JUDGE MICHAEL** |
| **91 JET LLC, ET AL.,** | § | **J. TRUNCALE** |
| | § | |
| **Defendants.** | § | |

**JOINT NOTICE OF SETTLEMENT**

    Plaintiff and Defendants file this Joint Notice of Settlement, and inform the Court that they have reached a resolution to settle this dispute. The parties are working on finalizing settlement documents and anticipate filing papers to dismiss this action within 30 days.


Dated: September 30, 2025        Respectfully submitted,

        */s/ Thomas J. Burbank*
        THOMAS J. BURBANK
        TBA#03355340
        505 West Lucas
        Beaumont, Texas 77706
        (409) 895-0200
        (409) 895-0080 facsimile
        burbank_hamm@yahoo.com

        JOHN S. MORGAN
        Texas Bar No. 14447475
        MORGAN LAW FIRM
        P. O. Box 7728
        Beaumont, Texas 77726
        Telephone: (409) 239-5984
        jmorgan@jsmorganlaw.com

        **ATTORNEYS FOR PLAINTIFF**

*/s/ Alex J. Whitman*
Ross Cunningham
State Bar No. 24007062
Alex J. Whitman
State Bar No. 24081210
**CUNNINGHAM SWAIM, LLP**
4015 Main Street, Suite 200
Dallas, Texas 75226
Telephone: (214) 646-1495
Facsimile: (214) 613-1163
rcunningham@cunninghamswaim.com
awhitman@cunninghamswim.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record on this the 30th day of September, 2025, pursuant to the Federal Rules of Civil Procedure.

*/s/ Ross Cunningham*
Ross Cunningham