IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PHIL SALTER, | § § § | |
| *Plaintiff,* | § § | |
| VS. | § § | CIVIL ACTION NO. 1:23-CV-00394 |
| 91 JET, LLC and JASON M. NOLL aka JASON M. NOSS, INDIVIDUALLY, | § § § § | JUDGE MICHAEL J. TRUNCALE |
| *Defendants.* | § § | |

## ACKNOWLEDGEMENT OF JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Court has received the Parties' Joint Stipulation of Dismissal with Prejudice filed in the above-styled matter. [Dkt. 38]. The Parties file their Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) dismissing all claims filed herein with prejudice.

Accordingly, the Court **ACKNOWLEDGES** that all claims filed in this matter are hereby **DISMISSED WITH PREJUDICE**, effective the date of the filing of the Joint Stipulation of Dismissal.

It is **ORDERED** that the Parties shall bear their own attorney's fees and costs and that all pending motions filed in this matter are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this case.

**SIGNED this 28th day of October, 2025.**

_____
Michael J. Truncale
United States District Judge